# EXHIBIT A

| DISP# | PATIENT INITALS | CARRIER | DATE WON | PROVIDER | AMOUNT | PAID |
|---|---|---|---|---|---|---|
| DISP-116554 | A.S. | CIGNA | 1/6/2023 | GEORGE | $58,900.00 | |
| DISP-154799 | A. S. | CIGNA | 2/2/2023 | GEORGE | $434.00 | |
| DISP-187606 | A. S. | CIGNA | 2/28/2023 | GEORGE | $124,000.00 | |
| DISP-187599 | A. S. | CIGNA | 3/1/2023 | GEORGE | $40,000.00 | |
| DISP-187579 | A.S. | CIGNA | 3/1/2023 | GEORGE | $42,160.00 | |
| DISP-187589 | A.S. | CIGNA | 3/1/2023 | GEORGE | $40,300.00 | |
| DISP-185485 | A.P. | CIGNA | 3/2/2023 | VAYNMAN | $31,000.00 | |