# Robinson+Cole

KATHERINE M. KATCHEN

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Main (215) 398-0600
Fax (215) 827-5982
kkatchen@rc.com
Direct (215) 398-0557

Also admitted in New Jersey,
Massachusetts and New York

November 22, 2023

<u>VIA ECF</u>
Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re: *Neurological Surgery Practice of Long Island v. Cigna Health & Life Insurance Co., et. al.*
Case No. 2:23-cv-3048-GRB-JMW

Dear Judge Brown:

      This office represents Defendants Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company (collectively "Cigna") in the above-referenced matter. We write to provide a joint status report pursuant to Your Honor's Order of November 23, 2023.

      As we previously advised, the Parties have resolved each of the claims at issue in Plaintiff's Complaint, as originally filed. Plaintiff has advised Cigna that additional disputes have arisen, and that Plaintiff intends to seek leave to amend its Complaint to include those claims. Cigna has determined that it did not receive notice of these disputes, and has asked Plaintiff to provide Cigna with documentation so that the Parties can attempt to resolve. Accordingly, the Parties continue to meet and confer in an effort to resolve the claims and to put in place a process to prevent future disputes.

      Accordingly, the Parties jointly request an additional extension through December 15, 2023 in which to attempt to reach final resolution of this matter.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. Gary R. Brown
November 22, 2023
Page 2

Thank you for your time and attention to this request.

Respectfully submitted,

Katherine M. Katchen

cc: All Counsel of Record (*via* ECF)